

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00202-CR

EX PARTE:  ROY BAILEY

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 15F0530-202

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

"For a court to act, it must have jurisdiction to do so." *In re Rubio*, 55 S.W.3d 238, 241 (Tex. App.—Corpus Christi 2001, orig. proceeding). "In criminal matters, the presentment of an indictment invests the court with jurisdiction [over] the cause." *Id.* (citing TEX. CONST. art. V, § 12(b)).

We have been informed in the present case that an indictment was never presented against the appellant and that the charges against him have been dismissed. Consequently, the trial court was never invested with jurisdiction over this matter and we, in turn, are without jurisdiction over this appeal.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted:     December 15, 2015
Date Decided:       December 16, 2015

Do Not Publish